# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

In re:   Harriet E. Salley                                    Case # 20-33649-KRH
              Debtor                                                    Chapter 13

## Motion to Approve a
## Mortgage Loan Modification

**COMES NOW**, **Harriet E. Salley**, ("the Debtor"), by counsel, and pursuant to Local Rule 6004-4, files this Motion to Approve a Mortgage Loan Modification to assist with her financial fresh start.  In support thereof, Debtor states as follows:

1. On August 29, 2020, the Debtor filed for relief under Chapter 13 of the Bankruptcy Code.  Suzanne E. Wade is the Trustee of her estate.

2. Debtor is the record owner of real property and improvements thereon located at 6647 Wexford Lane, Richmond, VA 23225, ("the Property"), and more fully described in the attached Exhibit "A".

3. The Property is not the Debtor's principal residence.

4. The Property is currently encumbered as follows: by a Deed of Trust between the Debtor and Citigroup Mortgage Loan Trust 2018-RP3, serviced by Fay Servicing, dated May 7, 2004, which Deed was recorded as Instrument 040016079 in the City of Richmond Circuit Court to secure a Note between the same parties in the original principal amount of $154,275.00.

5. The Debtor has qualified for a Mortgage Loan Modification of her mortgage through Fay Servicing.

6. Under the terms of the modification, the Debtors' mortgage loan will be changed as follows:

 a.) The interest rate will be unchanged at 6% (fixed) on a modified principal balance of $154,751.17 with a new maturity date of May 1, 2043.  The unmodified current balance shown in its proof of claim is $148,196.09 (which include a delinquent amount of $30,654.36) with a maturity date of June 1, 2034.

 b.) The current mortgage payments are $1,342.09, including taxes and hazard insurance.  The new mortgage payment will be $1,059.00 ($1335.00 after the addition of $276 for taxes and

Jeanne E. Hovenden, Esq
VSB 37249
P O Box 1839
Chesterfield VA 23832
804-706-1355

hazard insurance).

c.) The new mortgage payment is lower than the previous one by a very small amount. The Debtor will not be filing a modified Chapter 13 plan.

7. Modifying the mortgage will place the Debtor in a better financial condition and stabilize her mortgage situation.

8. Pursuant to Local Bankruptcy Rule 6004-4, the Debtor has served copies of this Motion to Approve a Mortgage Loan Modification upon all interested parties.

**WHEREFORE**, the Debtor respectfully requests that this Court enter an Order authorizing the Debtor to modify her mortgage pursuant to the terms of their modification agreement with

>Respectfully submitted,
>Harriet E. Salley
>
>By: /s/Jeanne E. Hovenden
>Counsel

Jeanne E. Hovenden, VSB#37249
Chesterfield Bankruptcy Law
P. O. Box 1839
Chesterfield, VA 23832
804-706-1355

## CERTIFICATE OF SERVICE

I certify that on this September 7, 2021 the foregoing document was electronically served and/or mailed first class, postage prepaid to: U.S. Trustee's Office; Carl M. Bates, Chapter 13 Trustee; the Debtor, and to any creditor who has filed a request for all notices in this case.

>/s/ Jeanne E. Hovenden
>Jeanne E. Hovenden, VSB# 37249

Jeanne E. Hovenden, Esq
VSB 37249
P O Box 1839
Chesterfield VA 23832
804-706-1355

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 20-33649-KRH<br>Eastern District of Virginia<br>Richmond<br>Mon Sep  6 14:09:59 EDT 2021 | Fay Servicing, LLC<br>c/o McCalla Raymer Leibert Pierce, LLC<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | U.S. Bank Trust National Association, not in<br>BWW Law Group, LLC<br>8100 Three Chopt Road, Suite 240<br>Richmond, VA 23229-4833 |
| United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 |
| Amex/Bankruptcy<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | BCMB1 Trust<br>SN Servicing Corporation<br>323 5th Street<br>Eureka, CA 95501-0305 | BWW Law Group<br>8100 Three Chopt Rd, Ste 240<br>Henrico, VA 23229-4833 |
| Clearwater Pool Service<br>570 E. Hundred Road<br>Chester, VA 23836-2617 | Comenity Bank/Wayfair<br>Attn: Bankruptcy Dept<br>Po Box 182125<br>Columbus, OH 43218-2125 | Credit Union Of Rich<br>Po Box 26024<br>Richmond, VA 23260-6024 |
| (p)CREDIT UNION OF RICHMOND<br>ATTN NANCY ALLISON<br>1601 OWNBY LANE<br>RICHMOND VA 23220-1318 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 | Fay Servicing Llc<br>Attn: Bankruptcy Dept<br>Po Box 809441<br>Chicago, IL 60680-9441 |
| Harriet Salley Auto Sales LLC<br>4009 Mechanicsville Tpke<br>Richmond, VA 23223-1117 | Macys (p)<br>RE: Bankruptcy<br>P O Box 9001094<br>Louisville, KY 40290-1094 | Navy Federal Credit Union<br>Attn: Bankruptcy<br>Po Box 3000<br>Merrifield, VA 22119-3000 |
| Quantum3 Group LLC as agent for<br>MOMA Trust LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | U.S. Bank Trust National Association et al.<br>Fay Servicing, LLC<br>PO Box 814609<br>Dallas, TX 75381-4609 | USAA Federal Savings Bank<br>Attn: Bankruptcy<br>10750 Mcdermott Freeway<br>San Antonio, TX 78288-1600 |
| W. Harold Talley<br>4905 Radford Ave<br>Suite 200<br>Richmond, VA 23230-3525 | Harriet E. Salley<br>4932 Topping Lane<br>Glen Allen, VA 23060-2405 | Jeanne E. Hovenden<br>Jeanne E. Hovenden, P.L.L.C.<br>9830 Lori Road<br>P O Box 1839<br>Chesterfield, VA 23832-9108 |
| John P. Fitzgerald, III<br>Office of the US Trustee - Region 4 -R<br>701 E. Broad Street, Ste. 4304<br>Richmond, VA 23219-1849 | Suzanne E. Wade<br>341 Dial 877-996-8484 Code 2385911<br>7202 Glen Forest Drive, Ste. 202<br>Richmond, VA 23226-3770 | |

             The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
             by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Credit Union Of Richmond
1601 Ownby Lane
Richmond, VA 23220-0000

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)U.S. Bank Trust National Association, not<br>BWW Law Group, LLC<br>8100 Three Chopt Road<br>Suite 240<br>Richmond, VA 23229-4833 | (u)W. Harold Talley I, LLC | End of Label Matrix<br>Mailable recipients    25<br>Bypassed recipients     2<br>Total                   27 |