# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

IN RE:   Harriet E. Salley                                    Case No.: 20-33649-KRH
         Debtor.                                              Chapter 13

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, Jeanne E. Hovenden, counsel for Harriet E. Salley ("Debtor") and hereby requests that the Court allow her to withdraw from this representation.

1. On August 29, 2020, the Debtor filed a voluntary petition Under Chapter 13 of the Bankruptcy Code.

2. Multiple plans have been filed in the case, but none have been confirmed due to a series of objections from the Chapter 13 trustee and creditors.

3. There have been things accomplished in the 2 years the case has been pending, including a loan modification on one mortgage and the sale of piece of real property that netted a secured creditor roughly two thirds of its claim.

4. Multiple motions for relief, motions to dismiss, and objections that have prevented plan confirmation have also been filed. Counsel is owed the $3,484 balance of the "no-look" fee. The Debtor has orally agreed that Counsel has earned the remainder of the "no-look" fee. Counsel asks that the balance of that fee be ordered to be paid to Counsel by the chapter 13 trustee. The trustee is holding sufficient funds to pay the fee and has advised that she has no objection to the fee payment.

5. Counsel and Debtor can no longer communicate effectively in the case.

6. Counsel therefore wishes to resign and allow the Debtor to find other counsel, or to proceed *pro se*.

WHEREFORE, Jeanne E. Hovenden, seeks entry of an order allowing her to withdraw as Counsel for Harriet E. Salley and for the payment of $3,484 in fees.

                                                            Respectively submitted:
                                                            Jeanne E. Hovenden, Esq.

/s/Jeanne E. Hovenden, Esq.
Jeanne E. Hovenden, VSB # 37249
Jeanne E. Hovenden, PLLC
P O Box 1839
Chesterfield VA 23832
804-706-1355

# **CERTIFICATE**

      I certify that a true copy of the foregoing Motion to withdraw as Counsel was sent by first class mail or electronic transmission to the parties below on October 28, 2022.

                                                   /s/ Jeanne E. Hovenden
                                                 Jeanne E. Hovenden, Esq.

| Label Matrix for local noticing | Fay Servicing, LLC | U.S. Bank Trust National Association, not in |
| --- | --- | --- |
| 0422-3 | c/o McCalla Raymer Leibert Pierce, LLC | BWW Law Group, LLC |
| Case 20-33649-KRH | Bankruptcy Department | 8100 Three Chopt Road, Suite 240 |
| Eastern District of Virginia | 1544 Old Alabama Road | Richmond, VA 23229-4833 |
| Richmond | Roswell, GA 30076-2102 | |
| Mon Jan 10 12:54:33 EST 2022 | | |
| United States Bankruptcy Court | American Express National Bank | Amex |
| 701 East Broad Street | c/o Becket and Lee LLP | Correspondence/Bankruptcy |
| Richmond, VA 23219-1888 | PO Box 3001 | Po Box 981540 |
| | Malvern PA 19355-0701 | El Paso, TX 79998-1540 |
| Amex/Bankruptcy | BCMB1 Trust | BWW Law Group |
| Correspondence/Bankruptcy | SN Servicing Corporation | 8100 Three Chopt Rd, Ste 240 |
| Po Box 981540 | 323 5th Street | Henrico, VA 23229-4833 |
| El Paso, TX 79998-1540 | Eureka, CA 95501-0305 | |
| Clearwater Pool Service | Comenity Bank/Wayfair | Credit Union Of Rich |
| 570 E. Hundred Road | Attn: Bankruptcy Dept | Po Box 26024 |
| Chester, VA 23836-2617 | Po Box 182125 | Richmond, VA 23260-6024 |
| | Columbus, OH 43218-2125 | |
| (p)CREDIT UNION OF RICHMOND | Department Stores National Bank | Fay Servicing Llc |
| ATTN NANCY ALLISON | c/o Quantum3 Group LLC | Attn: Bankruptcy Dept |
| 1601 OWNBY LANE | PO Box 657 | Po Box 809441 |
| RICHMOND VA 23220-1318 | Kirkland, WA 98083-0657 | Chicago, IL 60680-9441 |
| Harriet Salley Auto Sales LLC | Macys (p) | Navy Federal Credit Union |
| 4009 Mechanicsville Tpke | RE: Bankruptcy | Attn: Bankruptcy |
| Richmond, VA 23223-1117 | P O Box 9001094 | Po Box 3000 |
| | Louisville, KY 40290-1094 | Merrifield, VA 22119-3000 |
| Quantum3 Group LLC as agent for | U.S. Bank Trust National Association et al. | USAA Federal Savings Bank |
| MOMA Trust LLC | Fay Servicing, LLC | Attn: Bankruptcy |
| PO Box 788 | PO Box 814609 | 10750 Mcdermott Freeway |
| Kirkland, WA 98083-0788 | Dallas, TX 75381-4609 | San Antonio, TX 78288-1600 |
| W. Harold Talley | Harriet E. Salley | Jeanne E. Hovenden |
| 4905 Radford Ave | 4932 Topping Lane | Jeanne E. Hovenden, P.L.L.C. |
| Suite 200 | Glen Allen, VA 23060-2405 | 9830 Lori Road |
| Richmond, VA 23230-3525 | | P O Box 1839 |
| | | Chesterfield, VA 23832-9108 |
| John P. Fitzgerald, III | Suzanne E. Wade | |
| Office of the US Trustee - Region 4 -R | 341 Dial 877-996-8484 Code 2385911 | |
| 701 E. Broad Street, Ste. 4304 | 7202 Glen Forest Drive, Ste. 202 | |
| Richmond, VA 23219-1849 | Richmond, VA 23226-3770 | |