UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re: Harriet E. Salley, Debtor )  Case No. 20-33649-KRH
                                                            ) Chapter 13

**AMENDED ORDER**

This cause came to be heard upon the Trustee's Motion to Dismiss for unreasonable delay that is prejudicial to creditors and/or for default in making the payments under the Plan,

It appearing to the Court that the Debtor(s) has/have failed to comply with 11 U.S.C.§1307(c) (1),

It is ORDERED, ADJUDGED and DECREED that the petition filed herein by the Debtor(s) under Chapter 13 is and the same be hereby dismissed.

It is further ORDERED that the funds currently remaining with the Chapter 13 Trustee in this case in the amount of $51,218.50 received by the Chapter 13 Trustee prior to the entry of this order shall be remitted to the Debtor and any such payments received after the entry of this order shall be remitted to the Debtor. The Clerk shall serve a copy of this Order to the Debtor(s), their Attorney, the Chapter 13 Trustee and notice of the dismissal shall be sent to all creditors and parties of interest.

Dated: Dec 1 2022

/s/ Kevin R Huennekens
UNITED STATES BANKRUPTCY JUDGE
RICHMOND, VIRGINIA

Entered On Docket: Dec 2 2022

I ASK FOR THIS:

**/s/ Suzanne E. Wade**
Suzanne E. Wade, Chapter 13 Trustee
Virginia State Bar Number 31868
7202 Glen Forest Drive, Suite 202
Richmond, Virginia 23226
(804) 775-0979

Suzanne E. Wade, Chapter 13 Trustee
Virginia State Bar Number 31868
7202 Glen Forest Drive, Suite 202
Richmond, VA 23226
(804) 775-0979